# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GELLYFISH TECHNOLOGY OF TEXAS, LLC**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**ACER AMERICA CORP.**<br>**ACER, INC.**<br><br>　　**Defendants.** | Case No. 2:11-cv-38<br><br>JURY TRIAL DEMANDED |

## ORDER

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Gellyfish Technology of Texas, LLC and defendants ACER INC. and ACER AMERICA CORPORATION in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Gellyfish Technology of Texas, LLC, and defendants ACER INC. and ACER AMERICA CORPORATION are hereby dismissed with prejudice.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

SIGNED this 30th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE